# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TIMOTHY J. THOMAS,**

    **Plaintiff**

  **v.**                         Case No. 04-C-0212

**ARBOR GREEN, INC.,**

    **Defendant.**

## ORDER

Based upon the foregoing stipulation, all further deadlines in this case are suspended pending the conclusion of mediation between the parties.

Dated this 25th day of August, 2005.

                        BY THE COURT:

                        s/ Rudolph T. Randa
                        Hon. Rudolph T. Randa
                        Chief Judge