# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**TIMOTHY J. THOMAS,**

        Plaintiff,

        V.        CASE NUMBER: **04-C-212**

**ARBOR GREEN, INC.,**

        Defendant.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that defendant Arbor Green, Inc.'s motion for summary judgment is GRANTED.**

**Plaintiff has failed to exhaust his administrative remedies with respect to many of his *quid pro quo* claims.**

**Plaintiff has failed to meet his *prima facie* burden of demonstrating that defendant's alleged harassment was sexually motivated.**

**Plaintiff has failed to establish that he suffered any adverse or tangible employment actions with respect to his claims that were exhausted before the EEOC.**

**Plaintiff has failed to demonstrate that the proffered justifications for any of the alleged adverse employment actions were pretexts for discrimination.**

**This action is hereby DISMISSED.**

    **October 17, 2006**                        **SOFRON B. NEDILSKY**
Date                                                                           Clerk

                                                                             s/ Linda M. Zik
                                                                             (By) Deputy Clerk